IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **OSPREY CONSULTING I, INC. d/b/a Centennial Surety Associates, Inc.**, *et al.*, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> **WESTPORT INSURANCE CORP.,** <br><br> Defendant/Counter-Plaintiff. | Civil Case No.: SAG-19-03092 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned Action, Plaintiffs/Counter-Defendants Osprey Consulting I, Inc., d/b/a Centennial Surety Associates, Inc. and Michael Schendel, and Defendant/Counter-Plaintiff Westport Insurance Corporation, hereby agree and stipulate to the dismissal with prejudice of this Action, including all claims and counterclaims.

Respectfully submitted,

       /s/
Matthew G. Hjortsberg (Fed. Bar No. 024949)
hjortsberg@bowie-jensen.com
Jason C. Brino (Fed. Bar N. 023535)
brino@bowie-jensen.com
BOWIE & JENSEN, LLC
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland  21204
Tel: (410) 583-2400
Fax: (410) 583-2437

*Counsel for Plaintiffs Osprey Consulting I, Inc., d/b/a Centennial Surety Associates, Inc. and Michael Schendel*

/s/
(*Signed by Matthew G. Hjortsberg with permission of Padraic*)
Padraic K. Keane, Bar #17179
10509 Judicial Drive, Suite 200
Fairfax, VA 22030-5117
Tel: (703) 246-0900
Fax: (703) 591-3673
Email: p.keane@jocs-law.com

*Local Counsel for Defendant*

/s/
(*Signed by Matthew G. Hjortsberg with permission of Joyce F. Noyes*)
Robert P. Conlon
Joyce F. Noyes
Walker Wilcox Matousik, LLP
1 N. Franklin Street, Suite 3200
Chicago, IL 60606
Tel: (312) 244-6700
Fax: (312) 244-6800
Email: jnoyes@walkerwilcox.com
rconlon@walkerwilcox.com

*Attorneys for Defendant,*
*Westport Insurance Corporation*

2